## Constantina Pappas, Appellee, v. Theodore Pappas, Appellant.

Gen. No. 44,895.

 Ferlic & Gannon, for appellant; Frank J. Ferlic, Joseph D. Gannon, and Gerald W. Getty, of counsel; John D. Vosnos, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed April 4, 1950; released for publication April 21, 1950.